EPSTEIN
BECKER
GREEN

Attorneys at Law

John M. O'Connor
t 973.639.8547
f 973.639.8558
JOConnor@ebglaw.com

September 10, 2026

**Via ECF**
Honorable Margaret M. Garnett
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

**Re: Menkova v. Citibank**
**Civil Action No. 26-cv-00683**

Dear Judge Garnett:

We represent Citibank in the above-referenced matter. In accordance with Your Honor's May 14, 2026 Order, we submit this letter jointly with plaintiff Krystyna Menkova to update Your Honor of the status of the arbitration. As we previously advised, Ms. Menkova's Complaint was filed with the American Arbitration Association ("AAA") on June 23, 2026, and has been assigned AAA Case Number 012600039627. The AAA has assigned Haydee Rosario as the arbitrator for this matter. The parties will proceed with discovery in accordance with the schedule set by Arbitrator Rosario.

Respectfully submitted,

*s/John M. O'Connor*

John M. O'Connor

JMO:aml

cc: Krystyna Menkova (via E-Mail and ECF)